IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ, | No. C 15-04889 EJD (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| v. | |
| D. DAVEY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 against officials at Corcoran State Prison.  Because the acts complained of occurred in Kings County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one.  See 28 U.S.C. § 1391(b).  Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California.  See 28 U.S. C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

DATED: 1/14/2016

EDWARD J. DAVILA
United States District Judge

Order of Transfer
P:\PRO-SE\EJD\CR.15\04889Martinez_transfer(ED).wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. DAVEY, et al.,<br><br>　　　　Defendants. | Case No.　5:15-cv-04889-EJD<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on 1/15/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

　　Ricardo  Martinez ID: AM-5256
　　Corcoran State Prison
　　P.O. Box 5248
　　Corcoran, CA 93212

Dated: 1/15/2016

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____*Elizabeth C Garcia*_____
　　　　　　　　　　　　　　　　　　　　Elizabeth Garcia, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable EDWARD J. DAVILA