# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>D. DAVEY, et al,<br><br>    Defendants. | Case No. 1:16-cv-00084-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL AND MOTION TO JOIN CASE AS MOOT<br><br>(ECF Nos. 52, 53) |

Plaintiff Ricardo Martinez ("Plaintiff"), a state prisoner, proceeded pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 30, 2017, the Court dismissed this action, with prejudice, for failure to state a claim, failure to obey a court order, and failure to prosecute. Judgment was entered pursuant to the Court's order and the action was closed. (ECF Nos. 48, 49.)

Currently before the Court are two motions filed on December 28, 2017. Plaintiff seeks the appointment of counsel to represent him in this action, and further requests that this action be joined with Case No. 1:16-cv-1658-MJS (PC) pursuant to Federal Rule of Civil Procedure 20(a). (ECF Nos. 52, 53.) As this action has been dismissed and the case closed, Plaintiff's motions are moot.[1]

---

[1] The Court further notes that Case No. 1:16-cv-1658-MJS (PC) was closed on September 29, 2017. (Martinez v. Davey, Case No. 1:16-cv-01658-MJS, Order Dismissing Second Amended Complaint without Leave to Amend, Clerk to Close Case, Docket No. 27; Judgment, Docket No. 28.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to appoint counsel, (ECF No. 52), is DENIED; and

2. Plaintiff's motion to join this case with Case No. 1:16-cv-1658-MJS (PC), (ECF No. 53), is DENIED.

IT IS SO ORDERED.

Dated: **January 3, 2018**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE